**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00383-REB-MEH

SPYDER ACTIVE SPORTS, INC., a Colorado corporation,

    Plaintiff,

v.

BOMBARDIER RECREATIONAL PRODUCTS, INC., a Canadian corporation,

    Defendant.

## ORDER OF DISMISSAL

The matter before me is the **Stipulated Motion for Dismissal with Prejudice** [#41] filed December 17, 2009.  After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion for Dismissal with Prejudice** [#41] filed December 17, 2009, is **GRANTED**;

    2.  That the Trial Preparation Conference set for March 12, 2010, is **VACATED**;

    3.  That the jury trial set to commence on March 29, 2010, is **VACATED**;

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 18, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge